IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                  No. Misc. S-07-0105 MCE EFB

    vs.

MOHAMMAD PAKDELAN,                  <u>ORDER</u>

    Defendant and Judgment Debtor.

    On February 29, 2008, defendant and judgment debtor filed a motion for change of venue to the United States District Court for Central District of California for further proceedings on the writ of garnishment against him. The government shall file an opposition, or statement of non-opposition, in response to this motion within ten days from the date of service of this order.

    SO ORDERED.

DATED: March 24, 2008.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE