IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,

    Plaintiff,                                             No. Misc. 07-0105 MCE EFB PS

    vs.

MOHAMMAD PAKDELAN,

    Defendant and Judgment Debtor,
                                       /

CALIFORNIA DEPARTMENT OF HEALTH SERVICES,

    Garnishee.
                                       /

On February 29, 2008, defendant and judgment debtor filed a motion for a change of venue to the United States District Court for the Central District of California for further proceedings on the writ of garnishment against him and a request for a garnishment hearing. His motion for a change of venue was premised on the inconvenience of having a garnishment hearing in a district where neither he nor his attorney resided. Defendant has since withdrawn his request for a garnishment hearing. Accordingly, there is no longer any basis for his motion to change venue. The February 29, 2008, motion is therefore denied as moot.

    SO ORDERED.

DATED: April 11, 2008.

*/s/ Edmund F. Brennan*
EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE