IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | 2:07MC00105-MCE-EFB |
| Plaintiff, ) | |
| v. ) | |
| ) | ORDER OF GARNISHMENT |
| MOHAMMAD PAKDELAN, ) | (INTEREST IN WITHHELD |
| ) | MONEY) |
| Defendant and ) | |
| Judgment Debtor. ) | |
| _____) | |
| CALIFORNIA DEPARTMENT OF ) | |
| HEALTH SERVICES, ) | |
| ) | |
| Garnishee. ) | |
| _____) | |

    A Writ of Garnishment (Interest in Withheld Money), directed to the Garnishee California Department of Health Services, has been duly issued and served upon the Garnishee in order to partially satisfy the outstanding debt owed by the Defendant and Judgment Debtor Mohammad Pakdelan ("Judgment Debtor"). The balance currently owing by the Judgment Debtor is $154,979.44 as of April 4, 2007.

//

//

1    The Garnishee filed an Answer of Garnishee stating that at the
2 time of service of the Writ, the Garnishee had custody or
3 possession of properties (non-earnings), in which the "Judgement
4 Debtor" maintains an interest in the amount of $36,110.85.
5    The Judgment Debtor was served by the Garnishee with the
6 Answer of Garnishee.  While Judgment Debtor initially requested a
7 hearing pursuant to 28 U.S.C. § 3205(c)(5), by notice filed
8 March 27, 2008, he withdrew his request.
9    Pursuant to 28 U.S.C. § 3205(c)(7), after the Garnishee files
10 an answer, and if no hearing is requested within the required time
11 period, the Court shall promptly enter an order directing the
12 Garnishee as to the disposition of the Judgment Debtor's property.
13    ACCORDINGLY, IT IS ORDERED that the Garnishee California
14 Department of Health Services shall turn over the amount of
15 $36,110.85, payable to the Clerk of the Court, (reference Docket
16 No. CR S 01-280-MCE on the face of the check), and forward it to:

          U.S. District Court Clerk
          501 "I" Street, Room 4-200
          Sacramento, California 95814

    IT IS FURTHER ORDERED that upon receipt of payment, the Writ
of Garnishment is hereby terminated.

DATED:  May 27, 2008.

                    _____
                    EDMUND F. BRENNAN
                    UNITED STATES MAGISTRATE JUDGE